IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL JONES,

                Plaintiff,

v.

DR. SYED, MS. MASHAK, DR. HOFFMAN,
RADIOLOGIST-JOHN DOE,
and MOBILEX-USA/X-RAY COMPANY,

                Defendants.

ORDER

17-cv-907-jdp

---

Plaintiff Michael Jones, appearing pro se, is a prisoner at Columbia Correctional Institution. He alleges that prison medical officials failed to treat his swollen and painful right knee. In an October 18, 2018 order, I gave Jones a chance to submit a supplement to his complaint in which he explained who was responsible for failing to help him in January 2015 after his knee initially swelled to the point that he walked with a limp. Dkt. 17.

Jones has now responded by stating that an unidentified "Jane Doe" nurse saw him then, acknowledged that he needed care, yet did nothing to help him. *See* Dkt. 19. So I will allow Jones to proceed on an Eighth Amendment claim against this new Doe defendant. As with his claims against John Doe radiologist, Jones should use discovery requests to identify the identity of the Doe nurse.

Jones states further that he needs more time to obtain the information that would explain how the already-named defendants violated his rights. It is unclear whether he means that those defendants also played a role in denying him care in January 15. If that is what he means, he should work as quickly as possible to obtain the information he needs to fully explain

his claims and then file a motion to amend his complaint, along with a supplement explaining his new claims.

ORDER

IT IS ORDERED that:

1. Plaintiff Michael Jones is GRANTED leave to proceed on an Eighth Amendment claim against defendant Nurse Jane Doe.

2. The clerk of court is directed to add Nurse Jane Doe to the caption.

Entered November 1, 2018.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge