IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL JONES,

              Plaintiff,

  v.

DR. SYED, MS. MASHAK, DR. HOFFMAN,
NURSE-JANE DOE, RADIOLOGIST-JOHN DOE,
and MOBILEX-USA/X-RAY COMPANY,

              Defendants.

ORDER

17-cv-907-jdp

---

Plaintiff Michael Jones, appearing pro se, is a prisoner at Jackson Correctional Institution. He alleges that prison medical officials failed to treat his swollen and painful right knee. He also brings malpractice claims against a John Doe outside radiologist and "MobileX-USA/XRay Company" for misreading an x-ray.

MobileX has filed a suggestion of bankruptcy proceedings and notice of automatic stay under 11 U.S.C. § 362. Therefore, the claims against MobileX and its Doe employee are STAYED pending the completion of the bankruptcy proceedings. The stay does not apply to Jones's claims against the state-employee defendants.

MobileX also informs the court that its correct name is Symphony Diagnostic Services No. 1, LLC d/b/a Mobilex USA. The clerk of court is directed to update the caption.

Entered February 27, 2019.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge