IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL JONES,

     Plaintiff,

                                    Case No.  17-cv-907-jdp

  v.

DR. SYED, MS. MASHAK,
DR. HOFFMAN, NURSE-JANE DOE,
RADIOLOGIST-JOHN DOE,
and SYMPHONY DIAGNOSTIC
SERVICES NO. 1, LLC,

     Defendants.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Hoffman, Syed, and Mashak under Rule 54(b) of the Federal Rules of Civil Procedure, dismissing plaintiff's claim against Nurse Jane Doe and dismissing this case against the remaining defendants Symphony Diagnostic Services No. 1 LLC and John Doe radiologist without prejudice.

| /s/ | 8/22/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |