PRISONER-E-Filing PROGRAM

CASE # 3:17-CV-00907-JdP

PLAINTIFF
MICHAEL JONES
COLUMBIA CORRECTIONAL INSTitution
    P.O. BOX-900
PORTAGE, WI.
        53901

U.S.C.A. - 7th Circuit
RECEIVED
OCT 17 2019
GINO J. AGNELLO
CLERK

VS.
DEFENDANTS
DR. SYEd, MS. MASHAK
DR. HOFFMAN
RADIOLOGIST - MOBIL-X-USA-X=RAY COMPANY
JANE DOE (NURSE) - JOHN DOE (RADIOLOGIST)
SS# LAST-4-Digits ——> 1940
michael Jones = 9-24-2019

DEAR Clerk, of Western District, - clerk, i would like to
appeal the Lawsuit that i just temporaryed ~~...~~
lasted. i would like to re-open this case. im asking
for an, extension, because, i never filed an, appeal
before. i need an, attorney. can you send me some appeal
Papers. and, i would like to file an appeal under
indigent Status. ~~Tanat~~ im sending forms, when, you
recieve forms, please let me know, and, can you send
forms to, the proper places like the trust fom parents, Busy

page 2

they take, 10% for savings that i can't touch until i go home. i have the current amounts on my weekly account statement. please send a copie of these papers to the appeals court. can you tell judge James D. Peterson that i want to appeal case.

FILED
RECEIVED
2019 OCT 2 AM 11:03
PETER
CLERK
W.D. WI

Columbia Correctional Institution
Michael Jones #312906
P.O. Box-900
Portage, WI.
        53901



FOREVER
USA

Barn Swallow

Clerk's-Office
U.S.-Court of Appeals
219-S. Dearborn Street, Room-2722
Chicago, IL. 60604

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

312706

312706

FSC
MIX
Envelope
FSC® C102131

THIS LETTER HAS BEEN
MAILED FROM THE
WISCONSIN PRISON SYSTEM

# United States Court of Appeals

## For the Seventh Circuit
## Office of the Clerk
## 219 South Dearborn Street, Room 2722
## Chicago, Illinois 60604
## 312-435-5850

October 17, 2019

Dear Clerk,

The U.S. Court of Appeals received this document in error.

We are forwarding it to the Western District of Wisconsin for your consideration (case 3:17-cv-00907-JDP). If you have already received this document then please disregard this letter.

Sincerely,

Pro Se Clerk #3

OFFICE OF THE CLERK
United States Court of Appeals
for the Seventh Circuit
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

OFFICIAL BUSINESS



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 001.15⁰
00 00886189     OCT 17 2019
MAILED FROM ZIP CODE 60604



SCANNED

UNITED STATES DISTRICT COURT
20 N. Henry St., Rm. 320
Madison, WI 53703