IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL JONES,

    Plaintiff,

v.

Case No. 17-cv-907-jdp

DR. SYED, MS. MASHAK,
DR. HOFFMAN, NURSE-JANE DOE,
JOHN DOE RADIOLOGIST,
and SYMPHONY DIAGNOSTIC
SERVICES NO. 1, LLC,

    Defendants.

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Hoffman, Syed, and Mashak under Rule 54(b) of the Federal Rules of Civil Procedure, dismissing plaintiff's claim against Nurse Jane Doe and dismissing this case against defendants Symphony Diagnostic Services No. 1 LLC and John Doe Radiologist without prejudice to refiling in state court.

| /s/ | 1/7/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |